JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| CONTI CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CHARGEPOINT, INC.,<br><br>Defendant. | Case № 8:20-cv-00575-ODW (KESx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation for Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action, including all claims and counterclaims state therein against all parties. Each party shall bear its own costs and attorneys' fees as set forth in the settlement agreement. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

March 18, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**